**HORACE TINDEL v. HOYT ARMSTRONG and Wife, CLARICE ARMSTRONG, SIDNEY A. STUBBS, ESTHER ANN STUBBS, FELMONT CORPORATION, a corporation, and THE OHIO OIL COMPANY, a corporation.**

25 So. (2nd) 204                    January Term, 1946
March 8, 1946                                Division A

*James N. Daniel,* for appellant.

*Cecil A. Rountree* for Hoyt Armstrong and wife, Clarice Armstrong, and *Keen & O'Kelley* for Sidney A. Stubbs, Esther Ann Stubbs, Felmont Corporation, a corporation, and the Ohio Oil Company, a corporation, appellees.

PER CURIAM:

This is a companion case to the case of Tindel v. Griffin et al., this day decided and the decree in this case affirmed on authority of the opinion and judgment in the Griffin case.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.